```
                              United States Bankruptcy Court
                              Western District of Michigan
In re:                                                                  Case No. 18-03490-swd
Amy Christine Willard                                                   Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0646-1           User: jonesl                 Page 1 of 2                  Date Rcvd: Aug 15, 2018
                               Form ID: 309A                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db             Amy Christine Willard,    2131 Bloomfield Avenue,    Kalamazoo, MI 49001-5269
tr            +Stephen L. Langeland,    6146 West Main Street,    Suite C,    Kalamazoo, MI 49009-4047
8266626       +Advia Credit Union,    Payment Services,    P.O. Box 10309,    Des Moines IA 50306-0309
8266631       +Equifax Information Svs LLC,    P.O. Box 740256,    Atlanta GA 30374-0256
8266632       +Experian,    701 Experian Parkway,    P.O. Box 2002,    Allen TX 75013-2002
8266633       +Lake Michigan Credit Union,    P.O. Box 2848,    Grand Rapids MI 49501-2848
8266642       +PNC Bank,    P.O. Box 609,    Pittsburgh PA 15230-0609
8266643        PNC Bank,    P.O. Box 856177,    Louisville KY 40285-6177
8266644        Trans Union,    P.O. Box 4000,    Chester PA 19016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: RogerJBus@sbcglobal.net Aug 15 2018 22:22:00      Roger J. Bus,
                Debt Relief Law Center,    903 East Cork Street,    Kalamazoo, MI  49001
smg            EDI: IRS.COM Aug 16 2018 02:08:00      Internal Revenue Service,    Centralized Insolvency Unit,
                PO Box 7346,    Philadelphia, PA  19101-7346
smg           +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Aug 15 2018 22:22:44      MI DEPT OF TREASURY,
                COLLECTION DIVISION/BANKRUPTCY,    PO BOX 30168,    LANSING, MI 48909-7668
smg           +E-mail/Text: bankruptcynoticeschr@sec.gov Aug 15 2018 22:22:25      SECURITIES & EXCHANGE COMM,
                BANKRUPTCY SECTION,    175 W. JACKSON BLVD.,    SUITE 900,    CHICAGO, IL 60604-2815
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      Andy Vara,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      Daniel J. Casamatta,
                Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      Daniel M. McDermott,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      David W. Asbach,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      Dean E. Rietberg,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      Habbo G. Fokkena,
                Office of the United States Trustee,    Michigan/Ohio Region 9,
                The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      Matthew T. Cronin,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust           +E-mail/Text: matthew.w.cheney@usdoj.gov Aug 15 2018 22:22:51      Matthew W. Cheney,
                Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      Michael V. Maggio,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      Michelle M. Wilson,
                Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
                125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2865
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      United States Trustee,
                Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Aug 15 2018 22:22:20      United States Trustee,
                The Ledyard Building, 2nd Floor,    125 Ottawa Avenue NW, Suite 200R,
                Grand Rapids, MI 49503-2837
8266625       +E-mail/Text: collections@adviacu.org Aug 15 2018 22:22:43      Advia Credit Union,
                550 S. Riverview Dr.,    Parchment MI 49004-1299
8266630        EDI: CAPITALONE.COM Aug 16 2018 02:08:00      Capital One Bank,    P.O. Box 5155,
                Norcross GA 30091
8266629        EDI: CAPITALONE.COM Aug 16 2018 02:08:00      Capital One Bank,    P.O. Box 71083,
                Charlotte NC 28272-1083
8266627        EDI: CAPITALONE.COM Aug 16 2018 02:08:00      Capital One Bank,    P.O. Box 30285,
                Salt Lake City UT 84130-0285
8266628        EDI: CAPITALONE.COM Aug 16 2018 02:08:00      Capital One Bank,    P.O. Box 6492,
                Carol Stream IL 60197-6492
8266635       +E-mail/Text: bk@lendingclub.com Aug 15 2018 22:22:41      Lending Club,
                71 Stevenson St., Suite 300,    San Francisco CA 94105-2985
8266637       +E-mail/Text: bankruptcy@mortgagecenter.com Aug 15 2018 22:22:06      Mortgage Center LLC,
                29621 Northwestern Highway,    Southfield MI 48034-1033
8266638        E-mail/Text: electronicbkydocs@nelnet.net Aug 15 2018 22:22:31      Nelnet Loan Services, Inc.,
                P.O. Box 2970,    Omaha NE 68103-2970
8266639        EDI: AGFINANCE.COM Aug 16 2018 02:08:00      OneMain,    P.O. Box 790368,
                Saint Louis MO 63179-0368
```

```
District/off: 0646-1           User: jonesl              Page 2 of 2           Date Rcvd: Aug 15, 2018
                               Form ID: 309A             Total Noticed: 36
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
8266640        EDI: AGFINANCE.COM Aug 16 2018 02:08:00      OneMain Financial,    P.O. Box 183172,
               Columbus OH 43218-3172
8266641        EDI: AGFINANCE.COM Aug 16 2018 02:08:00      OneMain Financial,    137 West Centre Avenue,
               Portage MI 49024-5335
                                                                                          TOTAL: 27

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8266634*       +Lake Michigan Credit Union,    P.O. Box 2848,    Grand Rapids MI 49501-2848
8266636*       +Lending Club,    71 Stevenson St., Suite 300,    San Francisco CA 94105-2985
                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:
```
              Roger J. Bus    on behalf of Debtor Amy Christine Willard RogerJBus@sbcglobal.net
              Stephen L. Langeland    slangeland@lelawyers.com, mi22@ecfcbis.com
                                                                               TOTAL: 2
```

Official Form 309A (For Individuals or Joint Debtors) (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Amy Christine Willard** | Social Security number or ITIN  **xxx–xx–8669** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Michigan** | Date case filed for chapter  **7**   **8/14/18** |
| Case number: | **18–03490–swd** | |

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Amy Christine Willard | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2131 Bloomfield Avenue<br>Kalamazoo, MI 49001–5269 | |
| 4. | **Debtor's attorney**<br>Name and address | Roger J. Bus<br>Debt Relief Law Center<br>903 East Cork Street<br>Kalamazoo, MI 49001 | Contact phone (269) 342–1116<br>Email:  RogerJBus@sbcglobal.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Stephen L. Langeland<br>6146 West Main Street<br>Suite C<br>Kalamazoo, MI 49009 | Contact phone (269) 382–3703 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor **Amy Christine Willard** Case number **18–03490–swd**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | DANIEL M. LAVILLE, Clerk of the Bankruptcy Court One Division Ave., N. Room 200 Grand Rapids, MI 49503 | Hours open: M–F, 8 AM – 4 PM Contact phone (616)456–2693 Date: 8/15/18 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 11, 2018 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Federal Bldg., U. S. Courthouse, 410 W. Michigan Avenue, Kalamazoo, MI 49007** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/10/18** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Abandonments** | Trustees may abandon property in no asset estates without notice to creditors or other interested parties. Anyone wishing to receive notice of such abandonment must file a request with the Court. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**