United States Bankruptcy Court
Western District of Michigan

In re:                                                                Case No. 18-03490-swd
Amy Christine Willard                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1          User: jonesl            Page 1 of 1              Date Rcvd: Aug 15, 2018
                              Form ID: 522q           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
```
db              Amy Christine Willard,    2131 Bloomfield Avenue,    Kalamazoo, MI  49001-5269
8266626        +Advia Credit Union,    Payment Services,    P.O. Box 10309,    Des Moines IA 50306-0309
8266631        +Equifax Information Svs LLC,    P.O. Box 740256,    Atlanta GA 30374-0256
8266632        +Experian,    701 Experian Parkway,    P.O. Box 2002,    Allen TX 75013-2002
8266633        +Lake Michigan Credit Union,    P.O. Box 2848,    Grand Rapids MI 49501-2848
8266642        +PNC Bank,    P.O. Box 609,    Pittsburgh PA 15230-0609
8266643         PNC Bank,    P.O. Box 856177,    Louisville KY 40285-6177
8266644         Trans Union,    P.O. Box 4000,    Chester PA 19016
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8266625        +E-mail/Text: collections@adviacu.org Aug 15 2018 22:22:43      Advia Credit Union,
                 550 S. Riverview Dr.,    Parchment MI 49004-1299
8266630         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 22:35:12      Capital One Bank,
                 P.O. Box 5155,    Norcross GA 30091
8266629         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 22:37:09      Capital One Bank,
                 P.O. Box 71083,    Charlotte NC 28272-1083
8266627         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 22:36:09      Capital One Bank,
                 P.O. Box 30285,    Salt Lake City UT 84130-0285
8266628         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 22:36:09      Capital One Bank,
                 P.O. Box 6492,    Carol Stream IL 60197-6492
8266635        +E-mail/Text: bk@lendingclub.com Aug 15 2018 22:22:41      Lending Club,
                 71 Stevenson St., Suite 300,    San Francisco CA 94105-2985
8266637        +E-mail/Text: bankruptcy@mortgagecenter.com Aug 15 2018 22:22:06      Mortgage Center LLC,
                 29621 Northwestern Highway,    Southfield MI 48034-1033
8266638         E-mail/Text: electronicbkydocs@nelnet.net Aug 15 2018 22:22:31      Nelnet Loan Services, Inc.,
                 P.O. Box 2970,    Omaha NE 68103-2970
8266639         E-mail/PDF: cbp@onemainfinancial.com Aug 15 2018 22:35:09      OneMain,    P.O. Box 790368,
                 Saint Louis MO 63179-0368
8266640         E-mail/PDF: cbp@onemainfinancial.com Aug 15 2018 22:36:06      OneMain Financial,
                 P.O. Box 183172,    Columbus OH 43218-3172
8266641         E-mail/PDF: cbp@onemainfinancial.com Aug 15 2018 22:35:09      OneMain Financial,
                 137 West Centre Avenue,    Portage MI 49024-5335
                                                                                               TOTAL: 11
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
8266634*       +Lake Michigan Credit Union,    P.O. Box 2848,    Grand Rapids MI 49501-2848
8266636*       +Lending Club,    71 Stevenson St., Suite 300,    San Francisco CA 94105-2985
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:
```
              Roger J. Bus    on behalf of Debtor Amy Christine Willard RogerJBus@sbcglobal.net
              Stephen L. Langeland    slangeland@lelawyers.com, mi22@ecfcbis.com
                                                                                             TOTAL: 2
```

Form 522Q (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Amy Christine Willard**<br>2131 Bloomfield Avenue<br>Kalamazoo, MI 49001–5269<br>SSN: xxx–xx–8669<br><br>**Debtor** | **Case Number 18–03490–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
# OF PROVISIONS UNDER 11 USC SECTION 522(q)(1)

Pursuant to Sections 727(a)(12), 1141(d)(5), 1228(f), or 1328(h), as applicable, NOTICE is hereby given that creditors and parties in interest have 21 days from the date of service of this notice to file an objection to the entry of an order of discharge on grounds that 11 USC Section 522(q)(1) may be applicable to the debtor(s) and that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC Section 522(q)(1)(A) or may be liable for a debt as described in 11 USC Section 522(q)(1)(b).

If such objections are filed, a hearing will be scheduled.

*Daniel M. LaVille*
Daniel M. LaVille
Clerk of Court

**Dated:** August 15, 2018