```
                         United States Bankruptcy Court
                         Western District of Michigan
In re:                                                      Case No. 18-03490-swd
Amy Christine Willard                                       Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: jonesl              Page 1 of 1          Date Rcvd: Aug 15, 2018
                              Form ID: b3a              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
db          Amy Christine Willard,    2131 Bloomfield Avenue,    Kalamazoo, MI  49001-5269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
              Roger J. Bus    on behalf of Debtor Amy Christine Willard RogerJBus@sbcglobal.net
              Stephen L. Langeland    slangeland@lelawyers.com, mi22@ecfcbis.com
                                                                                            TOTAL: 2

Form B3A (07/10)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Amy Christine Willard**<br>2131 Bloomfield Avenue<br>Kalamazoo, MI<br>49001–5269<br>SSN: xxx–xx–8669<br><br>**Debtor** | **Case Number 18–03490–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# ORDER APPROVING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

In the above–referenced case the debtor(s) having filed an application pursuant to Fed. R. Bankr. P. 1006(b) to pay the required filing fee in installments, now therefore:

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application. Unless otherwise provided for in the application, payments shall be made payable to: **Clerk, US Bankruptcy Court** and mailed to: **United States Bankruptcy Court, One Division, N., Room 200, Grand Rapids, MI 49503.** . The Court does not accept personal checks or credit card payments from Debtors. Payments must be made in the form of a money order or cashier's check. Cash or debit cards will only be accepted when visiting the clerk's office, please do not mail cash to the court. If paying in person with cash, please bring the exact amount owed as the court cannot provide change.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.



Daniel M. LaVille
Clerk of Court

**Dated:** August 15, 2018

Order electronically transmitted to the Bankruptcy Noticing Center for service upon the Debtor(s), the Debtor(s)' attorney (if applicable) and Trustee ( 8/15/18 , lmj )